■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN GARCIA, Appellant. [10 NYS3d 433]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered February 20, 2013, convicting defendant, upon his plea of guilty, of two counts of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to consecutive terms of 3½ to 7 years, unanimously modified, on the law, to the extent of directing that the sentences run concurrently, and otherwise affirmed.

As the People concede, defendant possessed two handguns through a single act, and is thus entitled to concurrent sentences (*see People v Salazar*, 290 AD2d 256 [1st Dept 2002], *lv denied* 97 NY2d 760 [2002]).

We perceive no basis for any further modification of the sentences. Concur—Mazzarelli, J.P., Sweeny, Andrias, Saxe and Richter, JJ.